**IT IS SO ORDERED.**

**SIGNED THIS: December 07, 2009**

_____
           **MARY P. GORMAN**
    **UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE:** | |
| STEPHEN M RUTAN<br>DAWN M RUTAN | Case No. 09 B 73138 |
| | Chapter 7 |
| DEBTOR(S), | Judge Mary P. Gorman |

_____

### ORDER MODIFYING THE AUTOMATIC STAY

_____

    **THIS CAUSE** coming on to be heard on the motion of AMERICA'S SERVICING COMPANY AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2 (hereinafter "Creditor"), for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and it appearing to the Court that the mortgage held by Creditor is in default and that the security interest of Creditor is not adequately protected:

    **WHEREFORE, IT IS HEREBY ORDERED:**

    (1)    Pursuant to 11 U.S.C. §362(d), that AMERICA'S SERVICING COMPANY AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS

TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2 its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. §362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 8707 E Butte Street, Mesa, AZ;

(2) AMERICA'S SERVICING COMPANY AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2 and its successors and assigns are prohibited from seeking or pleading a personal deficiency against the Debtors, Stephen M Rutanand Dawn M Rutan , unless and until the Discharge is denied herein or the case is dismissed;

(3) Rule 4001(a)(3) is not applicable and AMERICA'S SERVICING COMPANY AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2 may immediately enforce and implement this order granting relief from the automatic stay.

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A FILE (NO. 14-09-37624**

###